# In The United States Court of Federal Claims

RECEIVED
Sept 5 2017
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

## Cover Sheet

**Plaintiff(s) or Petitioner(s)**

Names: _____

Location of Plaintiff(s)/Petitioner(s) (city/state): _____

_____
(If this is a multi-plaintiff case, pursuant to RCFC 20(a), please use a separate sheet to list additional plaintiffs.)

**17-1191C**

Name of the attorney of record (See RCFC 83.1(c)): _____

Firm Name: _____

Contact information for pro se plaintiff/petitioner or attorney of record:

Post Office Box: _____

Street Address: _____

City-State-ZIP: _____

Telephone & Facsimile Numbers: _____

E-mail Address: _____

Is the attorney of record admitted to the Court of Federal Claims Bar?     ☐ Yes     ☐ No

_____

Nature of Suit Code: _____     Agency Identification Code: _____
Select only one (three digit) nature-of-suit code from the
attached sheet. See attached sheet for three-digit codes. If number
213 is used, please identify partnership or partnership group:     Number of Claims Involved: _____

_____

Amount Claimed: $ _____
Use estimate if specific amount is not pleaded.

**Bid Protest:**
Indicate approximate dollar amount of procurement at issue: $_____

Was this action preceded by the filing of a     ☐ Yes     ☐ No
protest before the GAO?

If yes, was a decision on the merits rendered?     ☐ Yes     ☐ No

**Takings Case:**
Specify Location of Property (city/state): _____

**Vaccine Case:**
Date of Vaccination: _____

**Related Case:**
Is this case directly related to any pending or previous cases?     ☐ Yes     ☐ No
If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.

184